UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRENDZ, LLC and TONEAPHONE, LLC, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MOBCLIX, INC., ) <br> ) <br> Defendant. ) <br> ) | Case No.: 5:13-cv-03879-PSG <br><br> **ORDER STAYING CASE** <br><br> **(Re: Docket No. 18)** |

The docket reflects the voluntary bankruptcy petition filed by Defendant Mobclix, Inc. on November 4, 2013.[1] Pursuant to 11 U.S.C. § 362(a)(1) this case is automatically stayed.[2]

IT IS HEREBY ORDERED that all motions pending in this case are dismissed without prejudice to renewal upon lifting of the stay.

IT IS FURTHER ORDERED that the parties are to provide status reports on the bankruptcy case to the court every three months until the stay is lifted.

---

[1] *See* Docket No. 18 at 1 ("On November 11, 2013, Plaintiffs received notice from counsel for Defendant Mobclix, Inc. that, on November 4, 2013, Mobclix, Inc. filed a voluntary petition for bankruptcy in the United States Bankruptcy Court for the District of Delaware, Case No. 13-12887.").

[2] *See* 11 U.S.C. § 362(a)(1) (The filing of a bankruptcy petition "operates as a stay" applicable to "the commencement or continuation" of "a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement" of the bankruptcy case.).

1

Case No.: 5:13-cv-03879-PSG
ORDER STAYING CASE

IT IS FURTHER ORDERED that the parties shall inform the court and request a status conference without delay once the stay is lifted.

**IT IS SO ORDERED**

Dated: January 6, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 5:13-cv-03879-PSG
ORDER STAYING CASE