UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRENDZ, LLC, et al.,<br><br>        Plaintiffs,<br>v.<br><br>MOBCLIX, INC.,<br><br>        Defendant. | Case No. 5:13-cv-03879-PSG<br><br>**ORDER TO FILE STATUS REPORT** |

When the court stayed this case on January 6, 2014, it required the parties to file status reports every three months. No status report has been filed since January 7, 2014. No later than December 10, 2014, the parties shall file a report informing the court of the status of the bankruptcy case giving rise to the stay and whether a continuation of the stay is justified.

**SO ORDERED.**

Dated: December 3, 2014

                                                      _____<br>
                                                      PAUL S. GREWAL<br>
                                                      United States Magistrate Judge